```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                  :
LINDA SLADE, *Individually and as the representative of* :
*a class of similarly situated persons*,                 :
                                                      :            1:22-cv-5047-GHW
                                        Plaintiffs,   :
                                                        :                   ORDER
                          -v -                               :
                                                        :
FRASIER STERLING, INC.,                    :
                                                        :
                                    Defendant.  :
                                                               X
-------------------------------------------------------------
GREGORY H. WOODS, United States District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than September 8, 2022.  Dkt. No. 5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than September 12, 2022.

       SO ORDERED.

Dated: September 9, 2022
New York, New York

                                                         GREGORY H. WOODS
                                                  United States District Judge