```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2022
```

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                              Case No.   1:22-cv-5047-GHW

            Plaintiff,

    - against -

FRASIER STERLING, INC.,

           Defendants.
-------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Frasier Sterling, Inc.

Dated: Scarsdale, New York
         September 9, 2022

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: /s/ Dan Shaked
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 11, 2022
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge